**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| MARK LAMPRON, )<br><br>           *Plaintiff* )<br>v. )<br>            )<br>GROUP LIFE INSURANCE AND )<br>DISABILITY PLAN OF UNITED )<br>TECHNOLOGIES CORPORATION, )<br>LIBERTY LIFE ASSURANCE COMPANY )<br>OF BOSTON, and PRATT & WHITNEY*,* )<br>            )<br>       *Defendants.* ) | Case No. 2:12-cv-197-GZS |

**PROCEDURAL ORDER**

The Court previously entered the Order On Motion To Dismiss, in which Count V of Plaintiff's First Amended Complaint was dismissed and Defendant Pratt & Whitney was dismissed as a defendant to Count VI.  Accordingly, Counts I through IV of Plaintiff's First Amended Complaint remain against Defendant Pratt & Whitney and Count VI remains against Defendant Group Life Insurance and Disability Plan of United Technologies Corporation and Defendant Liberty Life Assurance Company of Boston.  The Court also entered the Order On Motion To Sever Or Separate Count VI Of Plaintiff's First Amended Complaint, in which the Court granted the motion to sever Count VI of Plaintiff's First Amended Complaint pursuant to Federal Rule of Civil Procedure 21.  In accordance with the above Orders, the Court ORDERS that the following procedure be followed:

Count VI of Plaintiff's First Amended Complaint is severed from Lampron v. Group Life Insurance & Disability Plan of United Technologies Corp., et al., No. 2:12-cv-197-GZS, pursuant to Federal Rule of Civil Procedure 21.  Counts I through IV of Plaintiff's First Amended Complaint against Pratt & Whitney shall proceed under case number 2:12-cv-197-

GZS on the standard track. Defendant Group Life Insurance and Disability Plan of United Technologies Corporation and Defendant Liberty Life Assurance Company shall be dismissed as Defendants from case No. 2:12-cv-197-GZS. Count VI against Defendant Group Life Insurance and Disability Plan of United Technologies Corporation and Defendant Liberty Life Assurance Company of Boston shall be assigned a new case number, and the filing fee for initiating this new case shall be waived.

The Clerk's Office shall initiate a new, severed case with the following documents: (1) Plaintiff's First Amended Complaint; (2) Answer to Amended Complaint filed by Group Life Insurance and Disability Plan of United Technologies Corporation and Liberty Life Assurance Company of Boston; (3) the Corporate Disclosure Statements for Defendants Group Life Insurance and Disability Plan of United Technologies Corporation and Liberty Life Assurance Company of Boston; and (4) a copy of this Order. The case shall be initiated as of the date the above documents are docketed.

After the above documents are filed and docketed as a new case, Count VI of Plaintiff's First Amended shall be placed on the ERISA track and a new scheduling order under Local Rule 16.2(c)(4) shall be issued.


SO ORDERED.

/s/ George Z. Singal
United States District Judge


Dated this 21st day of May, 2013.